IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SHAWN ROYAL, | 2:07-CV-0474 GEB DAD P |
|---|---|
| Plaintiff, | **ORDER ON DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| LEE T. HOFER, | |
| Defendant. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. On August 17, 2007, Defendant filed a request for an extension of time to file a responsive pleading to the complaint.

Good cause having been presented to the Court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant is granted an extension of time to and including September 26, 2007, in which to file a responsive pleading to the complaint.

DATED: August 17, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/roya0474.36