IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN ROYAL,

    Plaintiff,                        No. CIV S-07-0474 GEB DAD P

    vs.

LEE T. HOFER,

    Defendant.                   ORDER

_____/

    Plaintiff has requested an extension of time to file a responsive pleading to defendant's September 25, 2007 answer to the complaint. Plaintiff is advised that no responsive pleading is currently due. Accordingly, plaintiff's request will be denied as unnecessary, and this matter will proceed in accordance with the court's October 3, 2007 discovery order.

    IT IS HEREBY ORDERED that plaintiff's October 18, 2007 request for an extension of time is denied as unnecessary.

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
roya0474.36d