IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN ROYAL,

    Plaintiff,                          No. CIV S-07-0474 GEB DAD P

    vs.

LEE T. HOFER,

    Defendant.                       FINDINGS & RECOMMENDATIONS

/

        By order filed September 3, 2008, this court directed plaintiff to file, within thirty days, a status report. Thirty days have since passed, and plaintiff has not filed a status report or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

/////

1

1  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2  Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: October 15, 2008.

                                                                        DALE A. DROZD
                                                                         UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
   roya0474.fsr