IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHAWN ROYAL,** | 2:07-CV-0474 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **LEE T. HOFER,** | |
| Defendant. | |

Defendant has filed a request for a fourteen-day extension of time to oppose Plaintiff's Motion for Reconsideration. Good cause appearing, IT IS HEREBY ORDERED that Defendant is granted an extension of time to and including February 14, 2009, in which to file an opposition to Plaintiff's Motion for Reconsideration.

DATED: January 28, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/roya0474.36opp