IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHAWN ROYAL,** | 2:07-CV-0474 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **LEE T. HOFER,** | |
| Defendant. | |

On February 10, 2009, Defendant filed a second request for a fourteen-day extension of time to oppose Plaintiff's Motion for Reconsideration. Good cause appearing, IT IS HEREBY ORDERED that the Defendant is granted an extension of time to and including February 27, 2009, in which to file an opposition to Plaintiff's Motion for Reconsideration.

DATED: February 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/roya0474.36opp(2)